UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WILDEARTH GUARDIANS; POWDER RIVER BASIN RESOURCE COUNCIL; and SIERRA CLUB,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; THOMAS TIDWELL, in his official capacity as Chief of the United States Forest Service; MARIBETH GUSTAFSON, in her official capacity as the Acting Regional Forester of United States Forest Service; and GLENN CASAMASSA, in his official capacity as the Acting Deputy Regional Forester of United States Forest Service,<br><br>　　　　Federal Defendants. | Case No.: 1:11-cv-03171-JLK-AP<br>Honorable John L. Kane |

**FEDERAL DEFENDANTS' MOTION TO TRANSFER VENUE
TO THE DISTRICT OF WYOMING**

Federal Defendants hereby move to transfer this case pursuant to 28 U.S.C. § 1404(a) to the U.S. District Court for the District of Wyoming on the grounds that the case could have been brought there originally, and because transfer is in the interest of justice and would not inconvenience the parties. Federal Defendants have consulted with counsel for Plaintiffs by telephone on January 20, 2012 and later via electronic mail on February 1, 2012. Plaintiffs indicated that they oppose transfer to the U.S. District Court for the District of Wyoming.